UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PRENTICE E. NEAL,                    :
     Plaintiff                       :
                                     :
     v.                              :   CIVIL NO. 1:11-CV-2272
                                     :
FSS CONNIE LENEAR, et al.,           :
     Defendants                      :

*O R D E R*

AND NOW, this 17th day of January, 2012, upon consideration of the

report and recommendation of the magistrate judge (Doc. 10), filed December 21, 2011,

to which no objections were filed, and upon independent review of the record, it is

ordered that:

    1.  The magistrate judge's report is adopted.

    2.  The letter of inmate Prentice Nail (Doc. 8) shall be
    construed as a Notice of Voluntary Dismissal pursuant to
    Federal Rule of Civil Procedure 41(a)(1)(A)(I) and this case is
    dismissed.

    3.  The Clerk of Court shall close this file.

           /s/ William W. Caldwell
           William W. Caldwell
           United States District Judge